FILED

07 MAY 25 PM 2:04

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | Magistrate Case Number: '07 MJ 1186 |
| Plaintiff,  )  | COMPLAINT FOR VIOLATION OF |
| v.  )  | Title 21, U.S.C., Sections 952 and 960 Importation of a Controlled Substance; Title 18, U.S.C., Section 2 – Aiding and Abetting, |
| PERAZA, Kathy  ) CAMPAS, Christina Carol  )  | |
| Defendants,  )  | |

The undersigned complainant, being duly sworn, states:

On or about May 24, 2007, within the Southern District of California, defendants Kathy PERAZA and Christina Carol CAMPAS, did knowingly and intentionally import approximately 3.58 kilograms of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960; Title 18, United States Code, Section 2.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
SPECIAL AGENT
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF MAY, 2007.

U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On May 24, 2007, at approximately 10:13 p.m., Kathy PERAZA applied for entry into the United States from the Republic of Mexico at the Otay Mesa Port of Entry, San Diego, California. PERAZA was the driver and registered owner of a black 2004 Hyundai Elantra bearing CAUS license 5HVW178. There was one passenger in the vehicle, Christina Carol CAMPAS. The vehicle was the subject of a computer generated referral at primary entry lane 6 and was moved to the secondary inspection area for further inspection. In the secondary inspection area the vehicle was examined at which time a large black soft-sided bag was located in the trunk. The bag was subjected to an x-ray examination, which returned images of brick-like objects hidden inside. The bag was inspected at which time 4 packages containing a brown, crumbly substance were found concealed inside a secret, specially constructed compartment built into the black soft-sided bag that had been found in the vehicle's trunk. A presumptive test of one of the packages revealed a positive reaction to the presence of heroin. The net weight of the 4 packages was approximately 3.58 kilograms.

CAMPAS was read her Constitutional rights per Miranda after which she stated that she understood her rights and was willing to waive her rights and make a statement. CAMPAS acknowledged this orally and by reading and signing the waiver of rights form. During her interview, CAMPAS stated that she has known PERAZA for approximately 10-11 years. CAMPAS accompanied PERAZA to Tijuana, Mexico from the United States tonight to eat dinner. CAMPAS stated that she and PERAZA were together the entire time, from the moment they exited the U.S. and entered Mexico until the time

they returned to the U.S. at the Otay Mesa Port of Entry. CAMPAS further specified that neither PERAZA nor her vehicle were ever out of her (CAMPAS) sight while they were in Mexico. Initially CAMPAS claimed that nobody met with either her or PERAZA while in Mexico, however CAMPAS changed her statement during the interview and claimed that two unidentified men met with her and PERAZA while the two ate dinner in Tijuana, Mx. Following dinner PERAZA and CAMPAS gave these two unidentified men a ride in PERAZA's car to an unspecified location in Otay, Mx. where the two men exited the vehicle.

PERAZA and CAMPAS were arrested and charged with violation of Title 21 USC 952, 960, Importation of a Controlled Substance, and Title 18 USC 2 Aiding and Abetting and were booked into the Metropolitan Correction Center, San Diego, CA.